**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MICHAEL A. EVANS,
    Plaintiff,

vs.                                      Case No. 3:09cv467/MCR/EMT

STATE OF FLORIDA DEPARTMENT OF
REVENUE CHILD SUPPORT ENFORCEMENT,
    Defendant.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 4, 2009. (Doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.   The removal is **DISMISSED** as improper and the clerk is directed to **REMAND** this case to the Circuit Court for Okaloosa County, Florida.

    **DONE AND ORDERED** this 28th day of January, 2010.

                                   *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE**